# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **In re** | | Bankruptcy Case 07-60310 |
| Bridget H. Lyons | **Debtor** | |
| Bridget H. Lyons, | **Plaintiff** | |
| Wells Fargo | **Defendant** | Adversary Proceeding No. |

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN**

COMES NOW DEBTOR, and files this Complaint to Determine Dischargeability of Student Loan, showing the Court the following:

(1)

Debtor was granted a discharge in this chapter 7 bankruptcy on April 17, 2007.

(2)

Debtor has a debt to Wells Fargo for co-signing a student loan for a friend, which was listed as a creditor in this bankruptcy. The friend has previously been discharged of this debt in her bankruptcy.

(3)

Debtor requests that the Court determine dischargeability of this debt, as she is not liable for this debt as her friend was not a dependent as defined by Internal Revenue Guidelines.

WHEREFORE DEBTOR PRAYS that the Court find that the student loan debt to Wells Fargo has been discharged.

Respectfully Submitted;

/s/ Thomas F. Tierney, Esq.
Thomas F. Tierney, Esq.
Georgia Bar No. 712129
Attorney for Debtor

340 N. Jeff Davis Drive
Fayetteville, Georgia 30214
(770) 716-9111