**IT IS ORDERED as set forth below:**

Date: May 19, 2008

_____
C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**In re**                                                                                   Bankruptcy Case 07-60310
　　Bridget H. Lyons            **Debtor**

　　Bridget H. Lyons,            **Plaintiff**

　　　　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding No.
　　Wells Fargo                  **Defendant**      08-06077-crm

**CONSENT ORDER GRANTING DISCHARGE OF STUDENT LOAN**

The parties to this action having consented to the entry of this Order discharging Debtor(s) obligation to Wells Fargo, it is hereby Ordered that Debtor's obligation to Wells Fargo Education Financial Service, loan #3304833 is hereby discharged as Debtor does not have the financial means to repay this loan.

**END OF DOCUMENT**

Submitted by:

/s/ Thomas F. Tierney
Thomas F. Tierney
Attorney for Debtor/Plaintiff
340 N. Jeff Davis
Fayetteville, Georgia 30214
(770) 716-9111

Consented to:

/s/_____
Joe Kelly
Bankruptcy Specialist
Wells Fargo Education FInancial Services
P.O. Box 5185
Mac N. 9720-01B
Sioux Falls, SD  57117
(605) 575-4228